1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  NAOMI JANE GRAY (SBN 230171)
   ngray@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
   Telephone: (415) 354-0100
5  Facsimile: (415) 391-7124

6  Attorneys for Plaintiffs
   TIM QUIGLEY and QAZ MEDIA LLC
7

8  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER L. WANGER (Bar No. CA 164751)
9  E-mail: cwanger@manatt.com
   KEVIN P. DWIGHT (Bar No. CA 239476)
10 E-mail: kdwight@manatt.com
   One Embarcadero Center, 30th Floor
11 San Francisco, CA 94111
   Telephone: (415) 291-7400
12 Facsimile: (415) 291-7474

13 Attorneys for Defendants
   GUVERA IP PTY LTD., GUVERA LTD.,
14 GUVERA AUSTRALIA PTY LTD., and
   GUVERA USA INC.

15

16                UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT

18

19 TIM QUIGLEY, an individual, and QAZ        No. 3:10-cv-03569-CRB
   MEDIA, LLC, a Washington corporation,
20                                             **STIPULATION FOR EXTENSION OF
          Plaintiffs,                          TIME TO FILE RESPONSE TO
21                                             COMPLAINT**
          vs.
22                                             Complaint Filed:  August 13, 2010
   GUVERA IP PTY LTD., an Australian
23 proprietary limited company, GUVERA
   LTD., an Australian company, GUVERA
24 AUSTRALIA PTY LTD., an Australian
   proprietary limited company and
25 GUVERA USA INC., a Delaware
   company,
26
          Defendants.
27

28

MANATT, PHELPS &
 PHILLIPS, LLP       300144650.1                    STIPULATION FOR EXTENSION OF TIME
 ATTORNEYS AT LAW                                     TO FILE RESPONSE TO COMPLAINT
  SAN FRANCISCO

1    This Stipulation for Extension of Time to File Response to Complaint is entered into by and between Plaintiffs TIM QUIGLEY and QAZ MEDIA, LLC (collectively, "Plaintiffs"), on the one hand, and Defendants GUVERA IP PTY LTD., GUVERA LTD., GUVERA AUSTRALIA PTY LTD., and GUVERA USA INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record. Plaintiffs and Defendants are collectively referred to herein as the "Parties."

## RECITALS

A.  WHEREAS, on August 13, 2010, Plaintiffs filed a Complaint and commenced the above-entitled action against Defendants; and

B.  WHEREAS, Defendants' answer or other response to Plaintiffs' Complaint is due to be filed with the above-entitled District Court on or before September 7, 2010.

NOW, WHEREFORE, the Parties agree as follows:

## STIPULATION

1.  The time for Defendants to serve and file an answer or other response to Plaintiffs' Complaint shall be extended from September 7, 2010, through and including October 7, 2010 (a period of 30 days).

2.  By entering into this Stipulation, Defendants are not making a general appearance in this action and, if anything, make a special appearance only. Defendants do not waive, and expressly preserve, any and all defenses to the Complaint, including, but not limited to, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.

///
///
///
///
///
///

3. In compliance with Local Rule 6-1(a), the stipulated extension of time set forth above will not alter the date of any event or any deadline already fixed by Court order.

Dated: September 1, 2010

HARVEY SISKIND LLP

By: *Naomi Jane Gray (signature)*
Naomi Jane Gray
Attorneys for Plaintiffs
TIM QUIGLEY AND QAZ MEDIA LLC

Dated: September 1, 2010

MANATT, PHELPS & PHILLIPS, LLP

By: *Kevin P. Dwight (signature)*
Kevin P. Dwight
Attorneys for Defendants
GUVERA IP PTY LTD., GUVERA LTD., GUVERA AUSTRALIA PTY LTD., AND GUVERA USA INC.

Sept. 10, 2010

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA