1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  NAOMI JANE GRAY (SBN 230171)
   ngray@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 354-0100
5  Facsimile:  (415) 391-7124
6
7  Attorneys for Plaintiffs
   TIM QUIGLEY
8  QAZ MEDIA LLC

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  TIM QUIGLEY, an individual, and QAZ        Case No. C 10-3569 CRB
    MEDIA, LLC, a Washington corporation,
13                                             AMENDED COMPLAINT FOR DAMAGES
                                               AND INJUNCTIVE RELIEF
14             Plaintiffs,
                                               DEMAND FOR JURY TRIAL
15        vs.

16  GUVERA IP PTY LTD., an Australian
17  proprietary limited company,
    and
18  GUVERA USA INC., a Delaware company,

19             Defendants.

20

21         Plaintiffs Tim Quigley ("Quigley") and Qaz Media LLC ("Qaz Media"), by and through their

22  attorneys, Harvey Siskind LLP, allege as follows:

23                              **PARTIES**

24         1.      Quigley is an individual residing in California.  Qaz Media is an entity organized under

25  the laws of the state of Washington with its principal place of business in California.  Collectively,

26  Quigley and Qaz Media are referred to herein as "Plaintiffs."

27

28

2.     Quigley and Qaz Media own and operate GROOVERA® ("GROOVERA"), a web music broadcasting service found at www.groovera.com.  GROOVERA® offers streaming and downloads of electronica music and related entertainment goods and services.

3.     Plaintiffs are informed and believe, and on that basis allege, that Guvera IP Pty Ltd. is an entity organized under the laws of Australia with its principal place of business in Robina, Queensland, Australia.

4.     Plaintiffs are informed and believe, and on that basis allege, that Guvera USA Inc. is an entity organized under the laws of the state of Delaware with its principal place of business in New York, New York.  Collectively, Guvera IP Pty Ltd. and Guvera USA Inc. are referred to herein as "Guvera."  Guvera operates a web music broadcasting service found at www.guvera.com.  Guvera offers streaming and downloads of a variety of types of music through its GUVERA service, including the same electronica genre offered by GROOVERA®, and also including some of the same artists whose music is available through the GROOVERA® service.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367.  Plaintiffs' claims are based in part on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051 *et seq.*  The Court has jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

6.     This Court has personal jurisdiction over Guvera because, on information and belief, it conducts or has conducted business, as well as advertises its products and services, in the State of California and within this judicial district, and the effects of those acts have been felt in this district.

7.     Venue is proper in the Northern District pursuant to 28 U.S.C. § 1391 in that a substantial part of the property that is the subject of the action is situated here.  Additionally, Defendant Guvera may be found in the District and is deemed to reside in the District pursuant to 28 U.S.C. § 1391(c).

## INTRADISTRICT ASSIGNMENT

8.     This is an intellectual property action and therefore shall be assigned on a district-wide basis per Civil L.R. 3-2(c).

**FACTUAL ALLEGATIONS**

**"GROOVERA®" Music Webcasting Service**

9.      Groovera® founder Tim Quigley is a lifelong music enthusiast, disc jockey, and veteran web producer whose portfolio as a consultant includes projects for Microsoft, GTE, Verizon, Charles Schwab, Palm, and Intuit.  Quigley conceived in the late 1990's the idea that eventually became GROOVERA while writing about music-related websites for Microsoft Network.  Quigley immediately perceived the significance and potential of the nascent web radio industry, and eventually planned to establish a music webcasting service of his own.

10.      On August 23, 2003, Quigley launched GROOVERA's predecessor, OverXposure.FM ("OverXposure").  In a matter of weeks, the webcast was serving nearly 50,000 listeners per month in 65 countries.  In 2005, Quigley won the Web Radio Awards for "Best Ambient/Chilled Station" and "Best Downtempo DJ."  On July 29, 2005, Quigley bought the groovera.com domain – the original registration of this domain name – and immediately began the process of transitioning from the OverXposure brand to become GROOVERA, a fanciful combination of the words *groove* and the Latin word *vera*, meaning "true" or "pure."

11.      Today, GROOVERA® offers three independent music channels and is celebrated as the first multi-channel web radio station specializing only in chill-out music.  To date, GROOVERA® has served tens of millions of listeners in over one hundred countries.  All of the music available on GROOVERA® is free of charge and legal.

12.      Plaintiffs operate GROOVERA® independently, free of commercial interruption or subscription and without any corporate sponsorship, influence or funding. As a result, GROOVERA® stands out as the only webcaster in its league which operates without support of any kind from a major media conglomerate, running entirely as an independent voice with resources provided by private personal funds and listener donations.

13.      Quigley and Qaz Media own U.S. Trademark Registration Nos. 3,847,892 and 3,848,255, both issued September 14, 2010, for the mark GROOVERA® for use in connection with, *inter alia*, webcasts and podcasts featuring music, downloadable musical sound recordings; musical sound recordings; audio recordings featuring chill-out music and smooth electronica; and

1  downloadable podcasts featuring chill-out music and smooth electronica recorded on computer media.

2  True and correct copies of these registrations are annexed hereto as Exhibits A and B.[1]

3      14.     Through their extensive and exclusive use of the Mark, Quigley and Qaz Media also

4  own common-law trademark rights in GROOVERA, for all of the goods and services and activities

5  identified herein.

6      15.     Quigley and Qaz Media have spent considerable resources promoting the goods and

7  services provided under the Mark, developing valuable goodwill and customer recognition of the

8  Mark, and protecting the Mark's value.  As a result of Plaintiffs' efforts and success, the Mark enjoys

9  consumer recognition, and is identified in the minds of consumers as distinguishing GROOVERA's

10  products and denoting their high quality.

11      16.     GROOVERA's audience extends around the world, and has included listeners from

12  both the United States and Australia the entire time the Mark has been in use.  Moreover,

13  GROOVERA has been listed in the iTunes radio directory since February 2007, and has been listed in

14  AOL's Shoutcast directory from the first day the Mark entered use in 2005.  Consequently, the Mark

15  constitutes GROOVERA's most valuable asset.

16      17.     Quigley and Qaz Media use the GROOVERA® trade name and trademark as an Internet

17  address in order to make it easy for consumers to locate GROOVERA's web site, and to identify that

18  the web site is owned by GROOVERA®.  The GROOVERA® web site features the Mark and "Share

19  the Love" tagline prominently.

20                    **Guvera's Confusingly Similar Music Webcasting Service**

21      18.     Guvera is engaged in a virtually identical line of business to that of GROOVERA®,

22  namely, music webcasting and downloadable music media.  Like GROOVERA®, the GUVERA

23  service provides free streams and downloads of music to its customers.

24  
    _____

25  [1] In June, 2010, Quigley and Qaz Media sought to narrow the scope of goods and services in their

26  original application.  Due to an administrative error on the part of the Patent and Trademark Office, the
    revised list of goods and services was not accurately updated.  Because the application then proceeded

27  to registration, nothing could be done until registration issued.  Now that registration has issued,
    Quigley and Qaz Media are taking steps to correct the PTO's error.

28

19.     As would be expected for similar webcasting services offering identical genres of music, Guvera offers some of the exact same songs as GROOVERA®.  For example, GROOVERA's *Audio Popsicle* channel streamed the Massive Attack song "Be Thankful for What You've Got" from the album entitled *Blue Lines* on August 4, 2010 at 9:40:19 a.m., Pacific Time.  Guvera lists the same song, along with other songs by the same band, in its index of available songs.  A true and correct copy of this listing is annexed hereto as Exhibit C.

20.     Guvera also lists songs by the band Groove Armada in its index of available songs.  GROOVERA®, and its predecessor OverXposure, has played Groove Armada songs since the day of OverXposure's first broadcast in 2003, and throughout the time that the Mark has been in use.  Guvera has also made available for download other songs that GROOVERA® has streamed.

21.     Until recently, Guvera's website also displayed the tagline "Share the Love," which is identical to GROOVERA's tagline.  GROOVERA's use of the "Share the Love" tagline is designed to encourage listeners to support GROOVERA® with donations.

22.     Quigley and Qaz Media are informed and believe, and on that basis allege, that Guvera first made its music webcasting services available in the United States in April, 2010.

23.     Quigley and Qaz Media are informed and believe, and on that basis allege, that Guvera targets consumers nationwide over its website, including consumers in California, and that consumers in the state of California receive Guvera's services.

24.     The GUVERA trade name and trademark are confusingly similar to GROOVERA®, sounding virtually identical but for the absence of the letter R.

25.     Guvera IP Pty Ltd has availed itself of the benefits and protections afforded by the Lanham Act under U.S. law by submitting nine applications for federal trademark registration of the GUVERA mark in international classes 9, 25, 35, 38 and 42 before the United States Patent and Trademark Office.  They are:

a.     Serial no. 77647268, for use of the GUVERA mark in connection with, among other things, "downloadable sound recordings featuring music and music groups";

b.     Serial no. 77647269, for use of the GUVERA mark in connection with, among other things, advertising services and direct marketing;

1    c.    Serial no. 77647270, for use of the GUVERA mark in connection with, among

2   other things, "Communication services, namely, transmission of voice, audio, visual images, video

3   recordings, sound recordings and data by telecommunications networks, wireless communication

4   networks, the Internet, information services networks and data networks, transmitting streamed sound

5   and audiovisual recordings via the Internet; electronic transmission of sound, messages, information

6   ,images and documents via the Internet; … Internet broadcasting and streaming of audio and visual

7   material; [and] webcasting via the Internet."

8    d.    Serial no. 77647272, for use of the GUVERA mark in connection with, among

9   other things, "on-line provision of web-based applications for use in uploading and sharing videos,

10   music and other digital entertainment and content, data management, and distribution";

11    e.    Serial no. 85128742, for use of the GUVERA mark in connection with clothing;

12    f.    Serial no. 85128746, for use of the GUVERA mark in connection with, *inter*

13   *alia*, "video and sound recordings, namely, downloadable video recordings featuring motion picture

14   films and television shows featuring action, adventure, drama, comedy, romance, science fiction,

15   animation and or documentary films, downloadable computer game programs, downloadable sound

16   recordings featuring music and music groups";

17    g.    Serial no. 85128747, for use of the GUVERA mark in connection with, *inter*

18   *alia*, advertising services;

19    h.    Serial no. 85128748, for use of the GUVERA mark in connection with, *inter*

20   *alia*, "communications services, namely, transmission of voice, audio, visual images, video recordings,

21   sound recordings and data by telecommunications networks, wireless communication networks, the

22   Internet, information services networks and data networks, transmitting streamed sound and

23   audiovisual recordings via the Internet; electronic transmission of sound, messages, information,

24   images and documents via the Internet; Internet broadcasting and streaming of audio and visual

25   material; webcasting via the Internet; electronic mail services"; and

26    i.    Serial no. 85128749, for use of the GUVERA mark in connection with, *inter*

27   *alia*, "on-line provision of web-based applications for use in uploading and sharing videos, music and

28   other digital entertainment and content, data management and distribution."

AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        Case No. C 10-3569 CRB

26.     These applications seek to register the GUVERA mark for use in connection with many of the same types of services that GROOVERA® provides.  Three of Guvera's applications seek protection in the same international classes as GROOVERA's application.

27.     Guvera plainly intends to operate on a massive scale.  According to media reports, Guvera initially raised $100 million in capital, based on $1 per share.  Press reports also indicate that in 2009, Guvera raised $10 million from the private Australian group AMMA Private Investment, followed by an additional $20 million in or around early 2010.  And according to one of Guvera's own press releases, it raised yet another $50 million in 2010 from a New York-based investment bank.  Thus, Guvera's own statements and media reports indicate that the company has raised nearly $200 million in the last two years.

28.     Also according to Guvera's public statements, the Guvera service makes available millions of songs from the biggest labels and artists on the planet, including EMI, Virgin, Capitol, Universal, Island Def Jam, the Independent Online Distribution Alliance and The Orchard.  Finally, Guvera has stated that its service has attracted major advertisers, such as Microsoft, McDonalds, Harley Davidson, Victoria's Secret, Activision, Schweppes, Mountain Dew, Bacardi, Nestle, Johnson & Johnson, and Fox.

29.      As might be expected by Guvera's financial strength and its massive, nationwide advertising of its GUVERA services offering identical services and content to Plaintiff's GROOVERA® service, customer confusion will arise.  Guvera's significant advertising campaign is swamping Plaintiff's painstaking efforts, undertaken over several years, to distinguish itself and its GROOVERA® services.

30.     Quigley and Qaz Media filed their applications to register the GROOVERA® mark on April 5, 2008.  Guvera filed the first four of its applications to register GUVERA on January 11, 2009 – almost a full year later.  Guvera filed its remaining five applications on September 14, 2010, well after the commencement of this lawsuit.

31.     Quigley and Qaz Media have attempted to resolve this dispute amicably, without resort to litigation.  Guvera, however, has persisted in using the GUVERA trade name and trademark, and

-7-

indeed attempting to expand its purported rights in the GUVERA mark in the face of Plaintiff's rights, leaving Quigley and Qaz Media no choice but to file this Complaint.

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

32.     Quigley and Qaz Media reallege and incorporate herein by reference the matters alleged in Paragraphs 1 through 31 of this Complaint.

33.     Upon information and belief, Guvera was aware of the GROOVERA business and Plaintiffs' GROOVERA® mark prior to Guvera's adoption and use of the GUVERA trade name and trademark.

34.     Guvera either had actual notice and knowledge, or had constructive notice, of the ownership and application for federal registration of the GROOVERA mark by Quigley and Qaz Media pursuant to 15 U.S.C. § 1072 prior to Guvera's adoption and use of the GUVERA trade name and trademark.

35.     Guvera is using the GUVERA trade name and trademark in connection with the sale of its products and services without Plaintiffs' consent, and with knowledge of the rights of Quigley and Qaz Media.

36.     Guvera's unauthorized use of the GUVERA trade name and trademark falsely indicates to consumers that the parties' products and services are in some manner connected with, sponsored by, affiliated with, or related to each other.

37.     Guvera's unauthorized use of the GUVERA trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the parties' products and services.

38.     Guvera's unauthorized use of the GUVERA trade name and trademark in connection with the sale of its goods and services deprives Quigley and Qaz Media of the ability to control the consumer perception of the quality of the goods and services marketed under the GROOVERA® mark, and places GROOVERA's valuable reputation and goodwill in the hands of Guvera, over which Plaintiffs have no control.

39.     Guvera has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114. Quigley and Qaz Media have been, are now, and will be irreparably injured and damaged by Guvera's trademark infringement, and unless enjoined by the Court, Quigley and Qaz Media will suffer further harm to the GROOVERA® name, reputation and goodwill.  This harm constitutes an injury for which Quigley and Qaz Media have no adequate remedy at law.

40.  Guvera's actions as described above are deliberate, willful, fraudulent and without any extenuating circumstances, and constitute a knowing violation of Plaintiffs' rights.  Plaintiffs are therefore entitled to recover three times the amount of their actual damages, and attorneys' fees and costs incurred in this action, as this is an "exceptional" case under Section 35 of the Lanham Act, 15 U.S.C. §1117.

**SECOND CAUSE OF ACTION**
**FALSE DESIGNATION OF ORIGIN**
**(15 U.S.C. § 1125(A))**

41.     Quigley and Qaz Media reallege and incorporate by reference the allegations of paragraphs 1 through 40 of this Complaint.

42.     Guvera's unauthorized use of the GUVERA trade name and trademark, and the identical "Share the Love" tagline, falsely suggests that the parties' products and services are connected with, sponsored by, affiliated with, each other, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

43.     Quigley and Qaz Media have been, are now, and will be irreparably injured and damaged by Guvera's aforementioned acts, and unless enjoined by the Court, Quigley and Qaz Media will suffer further harm to the GROOVERA name, reputation and goodwill.  This harm constitutes an injury for which Quigley and Qaz Media have no adequate remedy at law.

AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF          Case No. C 10-3569 CRB

**THIRD CAUSE OF ACTION**
**COMMON LAW PASSING OFF**
**AND UNFAIR COMPETITION**

44.     Quigley and Qaz Media reallege and incorporate by reference the allegations in paragraphs 1 through 43 of this Complaint.

45.     Guvera's unauthorized use of the GUVERA trade name and trademark constitutes passing off and unfair competition of the Mark in violation of the common law of California.

46.     Guvera's wrongful acts have caused and will continue to cause Quigley and Qaz Media irreparable harm.  Quigley and Qaz Media have no adequate remedy at law.

47.     Quigley and Qaz Media are entitled to a judgment enjoining and restraining Guvera from engaging in further acts of infringement and unfair competition.

**FOURTH CAUSE OF ACTION**
**UNFAIR COMPETITION**
**(CAL. BUS & PROF. CODE § 17200)**

48.     Quigley and Qaz Media reallege and incorporate by reference the allegations in Paragraphs 1 through 47 of this Complaint.

49.     Guvera's acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq. (the "Unfair Practices Act").  The Unfair Practices Act provides that unfair competition shall mean and include any "unlawful, unfair or fraudulent act or practice."

50.     Guvera has engaged in unlawful conduct which constitutes unfair competition.  These practices include, but are not limited to, (1) confusing and deceiving consumers by falsely suggesting that the parties' products and services are connected with, sponsored by, affiliated with, or related to each other in violation of 15 U.S.C. § 1125; and (2) passing off the GROOVERA mark in violation of the common law of California.

51.     Guvera's acts of unfair competition have caused and will continue to cause Quigley and Qaz Media irreparable harm.  Quigley and Qaz Media have no adequate remedy at law for Guvera's unfair competition.

-10-

**52.**    Quigley and Qaz Media are entitled to a judgment enjoining and restraining Guvera

from engaging in further unfair competition.

**PRAYER FOR RELIEF**

WHEREFORE, Quigley and Qaz Media pray for relief as follows:

1.    Entry of an order and judgment requiring that Guvera and its agents, servants,

employees, owners and representatives, and all other persons, firms or corporations in active concert or

participation with it, be enjoined and restrained from (a) using in any manner the GUVERA mark and

guvera.com domain name, or any name, mark or domain name that is confusingly similar to or a

colorable imitation of the GROOVERA mark; and (b) doing any act or thing calculated or likely to

cause confusion or mistake in the minds of members of the public, or prospective customers of

GROOVERA's products or services, as to the source of the products or services offered for sale,

distributed, or sold, or likely to deceive members of the public, or prospective customers, into

believing that there is some connection between Guvera and GROOVERA;

2.    A judgment ordering Guvera, pursuant to 15 U.S.C. § 1116(a), to file with this Court

and serve upon Plaintiffs within thirty (30) days after entry of the injunction, a report in writing under

oath setting forth in detail the manner and form in which Guvera has complied with the injunction,

ceased all provision of goods and services under the GUVERA trade name and trademark as set forth

above;

3.    A judgment ordering Guvera, pursuant to 15 U.S.C. § 1118, to deliver up for

destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing

matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs,

circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids,

receptacles or other matter in the possession, custody, or under the control of Guvera or its agents

bearing the GUVERA trademark in any manner, or any mark that is confusingly similar to or a

colorable imitation of the GROOVERA mark, both alone and in combination with other words or

terms;

4.    A judgment ordering Guvera to take all steps necessary to cancel any trademark

application or registration it may have in the U.S., and an order compelling the Commissioner of

-11-

1   Trademarks of the United States to deny federal trademark application serial numbers 77647268,

2   77647269, 77647270, 77647272, 85128742, 85128746, 85128747, 85128748, and 85128749;

3        5.      A judgment in the amount of Plaintiffs' actual damages, Guvera's profits, Plaintiffs'

4   reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

5        6.      A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

6   state law as appropriate;

7        7.      A judgment granting Quigley and Qaz Media such other and further relief as the Court

8   deems just and proper.

9
    Dated:  October 5, 2010                        Respectfully submitted,
10

11                                                 HARVEY SISKIND LLP
                                                   IAN K. BOYD
12                                                 NAOMI JANE GRAY

13

14                                                 By:  _____/s/_____

15                                                       Naomi Jane Gray

16                                                 Attorneys for Plaintiffs
                                                   TIM QUIGLEY and
17                                                 QAZ MEDIA LLC

18

19

20

21

22

23

24

25

26

27

28

AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                Case No. C 10-3569 CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURY DEMAND**

Quigley and Qaz Media hereby request a trial by jury.

Dated:  October 5, 2010                        Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
NAOMI JANE GRAY


By: _____/s/_____
              Naomi Jane Gray

              Attorneys for Plaintiffs
              TIM QUIGLEY and
              QAZ MEDIA LLC

AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                    Case No. C 10-3569 CRB

# Exhibit A

# United States of America

## United States Patent and Trademark Office

# GROOVERA

**Reg. No. 3,847,892**

**Registered Sep. 14, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

QUIGLEY, TIMOTHY J. (UNITED STATES INDIVIDUAL), DBA QAZ MEDIA LLC
PO BOX 4176
FOSTER CITY, CA 94404

FOR: COMPOSITION OF MUSIC FOR OTHERS; CONSULTATION AND ADVICE REGARDING MUSICAL SELECTIONS AND ARRANGEMENTS FOR SOUND RECORDINGS AND LIVE PERFORMANCES; ENTERTAINMENT IN THE NATURE OF AN ON-GOING SPECIAL VARIETY, NEWS, MUSIC OR COMEDY SHOW FEATURING MUSIC AND VIDEO PERFORMANCES FEATURING MUSIC AND MUSICAL ARTISTS BROADCAST OVER TELEVISION, SATELLITE, AUDIO, AND VIDEO MEDIA; ENTERTAINMENT IN THE NATURE OF VISUAL AND AUDIO PERFORMANCES, AND MUSICAL, VARIETY, NEWS AND COMEDY SHOWS; ENTERTAINMENT IN THE NATURE OF VISUAL AND AUDIO PERFORMANCES, NAMELY, MUSICAL BAND, ROCK GROUP, GYMNASTIC, DANCE, AND BALLET PERFORMANCES; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL PERFORMANCE BY MUSICAL GROUP AND DISC JOCKEY; ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, AN ONLINE ACTIVITY WHERE YOU CREATE YOUR OWN MUSIC VIDEOS; ENTERTAINMENT SERVICES, NAMELY, NON-DOWNLOADABLE RINGTONES, PRERECORDED MUSIC, VIDEO AND GRAPHICS PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE REVIEWS OF RECORD ALBUMS, MUSIC VIDEOS, MUSICAL PERFORMANCES, AND VIDEO MEDIA; ENTERTAINMENT SERVICES, NAMELY, PROVIDING PRERECORDED MUSIC, INFORMATION IN THE FIELD OF MUSIC, AND COMMENTARY AND ARTICLES ABOUT MUSIC, ALL ON-LINE VIA A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES, NAMELY, THE PRESENTATION OF LIVE CHRISTMAS MUSICAL PRODUCTIONS; ENTERTAINMENT, NAMELY, LIVE MUSIC CONCERTS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY MUSICAL BANDS; HOSTING A BACK TO SCHOOL EVENT IN A SHOPPING CENTER FEATURING PRIZES, GAMES, MUSIC, AND A FASHION SHOW. MULTIMEDIA ENTERTAINMENT SERVICES IN THE NATURE OF RECORDING, PRODUCTION AND POST-PRODUCTION SERVICES IN THE FIELDS OF MUSIC, VIDEO, AND FILMS; MULTIMEDIA PUBLISHING OF BOOKS, MAGAZINES, JOURNALS, SOFTWARE, GAMES, MUSIC, AND ELECTRONIC PUBLICATIONS; MUSIC COMPOSITION FOR OTHERS; MUSIC PRODUCTION SERVICES; MUSIC PUBLISHING SERVICES; MUSIC SELECTION SERVICES FOR USE IN TV, FILM, RADIO AND VIDEO GAMES; PLANNING ARRANGEMENT OF SHOWING MOVIES, SHOWS, PLAYS OR MUSICAL PERFORMANCES; POST-PRODUCTION EDITING SERVICES IN THE FIELD OF MUSIC, VIDEOS AND FILMS; PRESENTATION OF MUSICAL PERFORMANCE; PRODUCTION OF SOUND AND MUSIC VIDEO RECORDINGS; PROVIDING FACILITIES FOR MOVIES, SHOWS, PLAYS, MUSIC OR EDUCATIONAL TRAINING; PROVIDING RATINGS FOR TELEVISION, MOVIE, MUSIC, VIDEO AND VIDEO GAME CONTENT; RENTAL OF PHONOGRAPHIC AND MUSIC RECORDINGS; THEATRICAL AND MUSICAL FLOOR SHOWS PROVIDED AT DISCOTHEQUES AND NIGHTCLUBS; THEATRICAL AND

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,847,892**   MUSICAL FLOOR SHOWS PROVIDED AT PERFORMANCE VENUES; DIRECTION OF MAKING RADIO OR TELEVISION PROGRAMS; DISTRIBUTION OF RADIO PROGRAMS FOR OTHERS; EDITING OF RADIO AND TELEVISION PROGRAMMES; EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, A CONTINUING PROGRAM ABOUT CHILL-OUT MUSIC ACCESSIBLE BY RADIO, TELEVISION, SATELLITE, AUDIO, VIDEO AND COMPUTER NETWORKS; ENTERTAINMENT SERVICES, NAMELY, AN ON-GOING SERIES FEATURING CHILL-OUT MUSIC AND SMOOTH ELECTRONIC MUSIC PROVIDED THROUGH RADIO, SATELLITE, CABLE TRANSMISSION, AND A GLOBAL COMPUTER NETWORK SUCH AS THE INTERNET; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A RADIO PROGRAM IN THE FIELD OF CHILL-OUT MUSIC AND SMOOTH ELECTRONIC MUSIC VIA A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ON-GOING RADIO PROGRAM IN THE FIELD OF CHILL-OUT MUSIC AND SMOOTH ELECTRONIC MUSIC; OPERATION OF VIDEO EQUIPMENT OR AUDIO EQUIPMENT ETC. FOR PRODUCTION OF RADIO OR TELEVISION PROGRAMS; PRODUCTION AND DISTRIBUTION OF RADIO PROGRAMS; PRODUCTION OF RADIO AND TELEVISION PROGRAMMES; PRODUCTION OF RADIO AND TELEVISION PRO-GRAMS; PRODUCTION OF RADIO OR TELEVISION PROGRAMS; PRODUCTION OF RADIO PROGRAMMES; PRODUCTION OF RADIO PROGRAMS; PRODUCTION OF TELEVISION AND RADIO PROGRAMMES; RADIO ENTERTAINMENT PRODUCTION; RADIO ENTER-TAINMENT SERVICES, NAMELY, RADIO PROGRAMS FEATURING PERFORMANCES BY A DISK JOCKEY; RADIO PROGRAM SYNDICATION; RADIO PROGRAMMING; AR-RANGING AND CONDUCTING NIGHTCLUB ENTERTAINMENT EVENTS; ARRANGING FOR TICKET RESERVATIONS FOR SHOWS AND OTHER ENTERTAINMENT EVENTS; BOOKING OF ENTERTAINMENT HALLS; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF LIVE MUSIC FESTIVALS; EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOTIVATIONAL AND EDUCATIONAL SPEAKERS; EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOTIVA-TIONAL AND EDUCATIONAL SPEAKERS IN THE FIELD OF SELF- AND PERSONAL IM-PROVEMENT; ENTERTAINMENT IN THE NATURE OF BEAUTY PAGEANTS; ENTERTAIN-MENT IN THE NATURE OF COMPETITIONS IN THE FIELD OF DISC JOCKEY, LIVE MUSIC PERFORMANCE, AND MUSIC PRODUCTION; ENTERTAINMENT IN THE NATURE OF DANCE PERFORMANCES; ENTERTAINMENT IN THE NATURE OF FASHION SHOWS; ENTERTAINMENT IN THE NATURE OF ON-GOING TELEVISION PROGRAMS IN THE FIELD OF CHILL-OUT MUSIC AND SMOOTH ELECTRONICA; ENTERTAINMENT IN THE NATURE OF PRERECORDED HOLD MUSIC MESSAGES BY TELEPHONE; ENTERTAIN-MENT INFORMATION; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING PHOTOGRAPHIC, AUDIO, VIDEO AND PROSE PRESENTATIONS FEATURING CHILL-OUT MUSIC AND SMOOTH ELECTRONICA; ENTERTAINMENT SERVICES, NAMELY, ARRANGING AND CONDUCTING OF COMPETITIONS FOR DISC JOCKEY, LIVE MUSIC PERFORMANCE, AND MUSIC PRODUCTION; ENTERTAINMENT SERVICES, NAMELY, CONDUCTING PARTIES. ENTERTAINMENT SERVICES, NAMELY, CONDUCTING PARTIES FOR THE PURPOSE OF DATING AND SOCIAL INTRODUCTION FOR ADULTS; ENTERTAINMENT SERVICES, NAMELY, MULTIMEDIA PRODUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PERSONAL APPEARANCES BY A DISK JOCKEY; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A TELEVISION PROGRAM IN THE FIELD OF MUSIC VIDEOS VIA A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING PODCASTS IN THE FIELD OF CHILL-OUT MUSIC AND SMOOTH ELECTRONICA; ENTER-TAINMENT SERVICES, NAMELY, PROVIDING WEBCASTS IN THE FIELD OF CHILL-OUT MUSIC AND SMOOTH ELECTRONICA; ENTERTAINMENT, NAMELY, LIGHTING PRO-DUCTION; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY ROCK GROUPS; ENTERTAINMENT, NAMELY, PRODUCTION OF RADIO MUSIC SHOWS, TELEVISION SHOWS, AND LIVE MUSIC PRODUCTIONS; INFORMATION RELATING TO ENTERTAIN-MENT AND EDUCATION, PROVIDED ON-LINE FROM A COMPUTER DATABASE OR THE INTERNET; MEDIA PRODUCTION LOCATION SCOUTING SERVICES FOR ENTER-TAINMENT PURPOSES; MOBILE MEDIA AND ENTERTAINMENT SERVICES IN THE

**Reg. No. 3,847,892**  NATURE OF CONTENT PREPARATION; MOBILE MEDIA AND ENTERTAINMENT SER-
VICES IN THE NATURE OF CONTENT PREPARATION, POST-PRODUCTION; ONLINE
ENTERTAINMENT TICKET AGENCY SERVICES; ORGANIZING EXHIBITIONS FOR LIVE
MUSIC PRODUCTIONS; PROVIDING A WEB SITE WHERE USERS CAN POST RATINGS,
REVIEWS AND RECOMMENDATIONS ON EVENTS AND ACTIVITIES IN THE FIELD OF
ENTERTAINMENT AND EDUCATION; PROVIDING INFORMATION AND ARTICLES IN
THE FIELD OF FILM, FILMMAKING, AND ENTERTAINMENT VIA A GLOBAL COMPUTER
NETWORK; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF
ENTERTAINMENT; AUDIO AND VIDEO RECORDING SERVICES; CONSULTATION AND
ADVICE REGARDING THE RENTAL OF RECORDING STUDIOS AND VENUES. EDITING
OR RECORDING OF SOUNDS AND IMAGES; PRODUCTION OF SOUND AND IMAGE
RECORDINGS ON SOUND AND IMAGE CARRIERS; PRODUCTION OF SOUND RECORD-
INGS; PROVIDING VOICE OVERS FOR TAPES, RECORDS AND OTHER RECORDED ME-
DIA; RECORD MASTER PRODUCTION; RECORD PRODUCTION; RECORDING STUDIO
SERVICES; RECORDING STUDIOS; RENTAL AND COMPUTERIZED ON-LINE RENTAL
SERVICES FEATURING INTERACTIVE SOFTWARE AND HARDWARE HOME ENTER-
TAINMENT AND CONSUMER ELECTRONICS IN THE NATURE OF MOTION PICTURES,
FILMS, MOVIES, PRERECORDED DIGITAL VERSATILE DISCS (OR DVDS), PRERECORDED
VIDEOTAPE CASSETTES, AUDIO, AUDIO RECORDINGS IN A VARIETY OF GENRES;
RENTAL OF IMAGE-RECORDED MAGNETIC TAPES; RENTAL OF MOTION PICTURES
AND OF SOUND RECORDINGS; RENTAL OF PRE-RECORDED VIDEOS THAT MAY BE
DOWNLOADED FROM AN INTERNET WEBSITE; RENTAL OF RECORDS OR SOUND-
RECORDED MAGNETIC TAPES; RENTAL OF SOUND RECORDINGS; SOUND RECORDING
STUDIOS; ENTERTAINMENT, NAMELY, A CONTINUING CHILL-OUT MUSIC AND
SMOOTH ELECTRONICA SHOW BROADCAST OVER TELEVISION, SATELLITE, AUDIO,
AND VIDEO MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-29-2005; IN COMMERCE 6-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-980,068, FILED 4-5-2008.

DANIEL CAPSHAW, EXAMINING ATTORNEY

# Exhibit B

# United States of America

## United States Patent and Trademark Office

# GROOVERA

**Reg. No. 3,848,255**
**Registered Sep. 14, 2010**

QUIGLEY, TIMOTHY J. (UNITED STATES INDIVIDUAL), DBA QAZ MEDIA LLC, PO BOX 4176 FOSTER CITY, CA 94404

**Int. Cls.: 9 and 35**

FOR: WEBCASTS AND PODCASTS FEATURING MUSIC, DOWNLOADABLE MUSICAL SOUND RECORDINGS; MUSICAL SOUND RECORDINGS; AUDIO RECORDINGS FEATURING CHILL-OUT MUSIC AND SMOOTH ELECTRONICA; DOWNLOADABLE PODCASTS FEATURING CHILL OUT MUSIC AND SMOOTH ELECTRONICA RECORDED ON COMPUTER MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**SERVICE MARK**

FIRST USE 7-29-2005; IN COMMERCE 7-29-2005.

**PRINCIPAL REGISTER**

FOR: ARRANGING PERSONAL APPEARANCES BY PERSONS WORKING IN THE FIELD OF MUSIC; ENTERTAINMENT MARKETING SERVICES, NAMELY, MARKETING, PROMOTION AND ADVERTISING FOR INDEPENDENT RECORDING ARTISTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-15-2006; IN COMMERCE 9-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-440,917, FILED 4-5-2008.

DANIEL CAPSHAW, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# Exhibit C

Guvera - Search for artist: "massive attack"                                    Page 1 of 2



MUSIC

RESULTS 1 to 20 of 117

| TRACK | ARTIST | ALBUM | PLAYLIST | PREVIEW |
|---|---|---|---|---|
| SPLITTING THE ATOM | Massive Attack<br>more by this artist... | Splitting The Atom<br>more from this album... | | |
| PRAY FOR RAIN | Massive Attack<br>more by this artist... | Splitting The Atom<br>more from this album... | | |
| BULLETPROOF LOVE (VAN RIVERS &<br>THE SUBLIMINAL KID REMIX) | Massive Attack<br>more by this artist... | Splitting The Atom<br>more from this album... | | |
| PSYCHE (FLASH TREATMENT) | Massive Attack<br>more by this artist... | Splitting The Atom<br>more from this album... | | |
| UNFINISHED SYMPATHY (2006 DIGITAL<br>REMASTER) | Massive Attack<br>more by this artist... | Bite Size Massive Attack<br>more from this album... | | |
| TEARDROP (2006 DIGITAL REMASTER) | Massive Attack<br>more by this artist... | Bite Size Massive Attack<br>more from this album... | | |
| PROTECTION (2006 DIGITAL<br>REMASTER) (FEAT. TRACEY THORN) | Massive Attack featuring Tracey<br>Thorn<br>more by this artist... | Bite Size Massive Attack<br>more from this album... | | |
| KARMACOMA (2006 DIGITAL<br>REMASTER) | Massive Attack<br>more by this artist... | Bite Size Massive Attack<br>more from this album... | | |
| FUTURE PROOF (2006 DIGITAL<br>REMASTER) | Massive Attack<br>more by this artist... | Bite Size Massive Attack<br>more from this album... | | |
| BUTTERFLY CAUGHT (PAUL DALEY<br>DUB) | Massive Attack<br>more by this artist... | 100th Window - The Remixes<br>more from this album... | | |
| SPECIAL CASES (LUOMO'S CASING) | Massive Attack<br>more by this artist... | 100th Window - The Remixes<br>more from this album... | | |
| BUTTERFLY CAUGHT (RJD2<br>INSTRUMENTAL) | Massive Attack<br>more by this artist... | 100th Window - The Remixes<br>more from this album... | | |
| BUTTERFLY CAUGHT (VERSION POINT<br>FIVE) | Massive Attack<br>more by this artist... | 100th Window - The Remixes<br>more from this album... | | |
| RADIATION RULING THE NATION<br>(PROTECTION) | Massive Attack Vs Mad Professor<br>more by this artist... | No Protection<br>more from this album... | | |
| BUMPER BALL DUB (KARMACOMA) | Massive Attack<br>more by this artist... | No Protection<br>more from this album... | | |

Guvera - Search for artist: "massive attack"

Page 2 of 2



| | | | | |
|---|---|---|---|---|
| TRINITY DUB (THREE) | Massive Attack<br>more by this artist... | No Protection<br>more from this album... | | |
| COOL MONSOON (WEATHER STORM) | Massive Attack<br>more by this artist... | No Protection<br>more from this album... | | |
| ETERNAL FEEDBACK (SLY) | Massive Attack<br>more by this artist... | No Protection<br>more from this album... | | |
| MOVING DUB (BETTER THINGS) | Massive Attack<br>more by this artist... | No Protection<br>more from this album... | | |
| I SPY (SPYING GLASS) | Massive Attack<br>more by this artist... | No Protection<br>more from this album... | | |

1   2   3   4   5   6   NEXT >

ABOUT GUVERA  |  ADVERTISE  |  PRIVACY  |  TERMS & CONDITIONS  |  FAQ

Guvera - Search for artist: "massive attack"

HOME

USER: GUEST   USER ID: 0    PLAYLISTS    MY GUVERA    SIGN UP    LOGIN

GUVERA ★ ETA          REPORT A BUG

massive attack          ARTIST

MUSIC

RESULTS 21 to 40 of 117

| TRACK | ARTIST | ALBUM | PLAYLIST | PREVIEW |
|---|---|---|---|---|
| BACKWARD SUCKING (HEAT MISER) | Massive Attack  more by this artist... | No Protection  more from this album... | | |
| LIVE WITH ME (RADIO EDIT) | Massive Attack  more by this artist... | Live With Me  more from this album... | | |
| BRAVE NEW WORLD AND SCORE | Massive Attack  more by this artist... | Bullet Boy Soundtrack E.P.  more from this album... | | |
| BULLET BOY (VOX) | Massive Attack  more by this artist... | Bullet Boy Soundtrack E.P.  more from this album... | | |
| OPENING TITLE | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| ATTA' BOY | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| P IS FOR PIANO | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| SIMPLE RULES | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| POLAROID GIRL | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| SAM | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| ONE THOUGHT AT A TIME | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| CONFUSED IMAGES | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| RED LIGHT MEANS GO | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| COLLAR STAYS ON | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |
| YOU'VE NEVER HAD A DREAM | Massive Attack  more by this artist... | Danny The Dog - OST  more from this album... | | |





| RIGHT WAY TO HOLD A SPOON | Massive Attack | Danny The Dog - OST | |
| | more by this artist... | more from this album... | |



| EVERYBODY'S GOT A FAMILY | Massive Attack | Danny The Dog - OST | |
| | more by this artist... | more from this album... | |



| TWO ROCKS AND A CUP OF WATER | Massive Attack | Danny The Dog - OST | |
| | more by this artist... | more from this album... | |



| SWEET IS GOOD | Massive Attack | Danny The Dog - OST | |
| | more by this artist... | more from this album... | |



| MONTAGE | Massive Attack | Danny The Dog - OST | |
| | more by this artist... | more from this album... | |

< PREV    1    2    3    4    5    6    NEXT >

ABOUT GUVERA   |   ADVERTISE   |   PRIVACY   |   TERMS & CONDITIONS   |   FAQ

HOME

 REPORT A BUG

USER: GUEST  USER ID: 0   PLAYLISTS   MY GUVERA   SIGN UP   LOGIN

| massive attack | ARTIST |  |

MUSIC

RESULTS 41 to 60 of 117

| TRACK | ARTIST | ALBUM | PLAYLIST | PREVIEW |
|---|---|---|---|---|
| EVERYTHING ABOUT YOU IS NEW | Massive Attack<br>more by this artist... | Danny The Dog - OST<br>more from this album... | | |
| THE DOG OBEYS | Massive Attack<br>more by this artist... | Danny The Dog - OST<br>more from this album... | | |
| DANNY THE DOG | Massive Attack<br>more by this artist... | Danny The Dog - OST<br>more from this album... | | |
| THE ACADEMY | Massive Attack<br>more by this artist... | Danny The Dog - OST<br>more from this album... | | |
| BUTTERFLY CAUGHT (RADIO EDIT) | Massive Attack<br>more by this artist... | Butterfly Caught<br>more from this album.. | | |
| BUTTERFLY CAUGHT | Massive Attack<br>more by this artist... | Butterfly Caught<br>more from this album.. | | |
| BUTTERFLY CAUGHT (JAGZ KOONER REMIX) | Massive Attack<br>more by this artist... | Butterfly Caught<br>more from this album.. | | |
| BUTTERFLY CAUGHT (RJD2 REMIX) | Massive Attack<br>more by this artist... | Butterfly Caught<br>more from this album.. | | |
| BUTTERFLY CAUGHT (PAUL DALEY REMIX) | Massive Attack<br>more by this artist... | Butterfly Caught<br>more from this album.. | | |
| BUTTERFLY CAUGHT (OCTAVE ONE REMIX) | Massive Attack<br>more by this artist... | Butterfly Caught<br>more from this album.. | | |
| DAYDREAMING | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album.. | | |
| DAYDREAMING (LUV IT MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album.. | | |
| DAYDREAMING (BRIXTON BASS MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album.. | | |
| DAYDREAMING (LUV IT DUB) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album.. | | |
| ANY LOVE (2) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album.. | | |



|  | UNFINISHED SYMPATHY | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | |
|  | UNFINISHED SYMPATHY (NELLEE HOOPER 7" MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | |
|  | UNFINISHED SYMPATHY (NELLEE HOOPER 12" MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | |
|  | UNFINISHED SYMPATHY (PERFECTO MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | |
|  | UNFINISHED SYMPATHY (INSTRUMENTAL) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | |

< PREV   1   2   3   4   5   6   NEXT >

HOME

USER: GUEST  USER ID: 0    PLAYLISTS    MY GUVERA    SIGN UP    LOGIN

GUVERA★BETA    REPORT A BUG    | massive attack |    ARTIST

MUSIC |

RESULTS 61 to 80 of 117

| TRACK | ARTIST | ALBUM | PLAYLIST | PREVIEW |
|---|---|---|---|---|
| SAFE FROM HARM | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SAFE FROM HARM (7" VERSION) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SAFE FROM HARM (12" VERSION) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SAFE FROM HARM (PERFECTO MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SAFE FROM HARM (JUST A GROOVE DUB) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SAFE FROM HARM (JUST A DUB) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| HYMN OF THE BIG WHEEL | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| HYMN OF THE BIG WHEEL (NELLEE HOOPER MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| HOME OF THE WHALE | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| BE THANKFUL FOR WHAT YOU'VE GOT (PERFECTO MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| ANY LOVE (LARRY HEARD MIX) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SLY | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SLY (COSMIC DUB) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| SLY (ETERNAL FEEDBACK DUB) | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| PROTECTION | Massive Attack featuring Tracey Thorn<br>more by this artist... | Singles Collection<br>more from this album... | | |



 **PROTECTION (UNDERDOG'S ANGEL DUST MIX) (FEAT. TRACEY THORN)** — Massive Attack featuring Tracey Thorn — more by this artist... — Singles Collection — more from this album...

 **KARMACOMA** — Massive Attack — more by this artist... — Singles Collection — more from this album...

 **KARMACOMA (PORTISHEAD EXPERIENCE)** — Massive Attack — more by this artist... — Singles Collection — more from this album...

 **KARMACOMA (THE NAPOLI TRIP)** — Massive Attack — more by this artist... — Singles Collection — more from this album...

 **KARMACOMA (UNKLE SITUATION)** — Massive Attack — more by this artist... — Singles Collection — more from this album...

< PREV    1    2    3    4    5    6    NEXT >

HOME

   REPORT A BUG

USER: GUEST  USER ID: 0    PLAYLISTS    MY GUVERA    SIGN UP    LOGIN

| massive attack | ARTIST |



MUSIC

RESULTS 81 to 100 of 117

| TRACK | ARTIST | ALBUM | PLAYLIST | PREVIEW |
|---|---|---|---|---|
| KARMACOMA (VENTOM DUB SPECIAL) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| BLACKSMITH/DAYDREAMING | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| RISINGSON | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| SUPERPREDATORS | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| RISINGSON (UNDERDOG MIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| RISINGSON (OTHERSIDE) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| RISINGSON (UNDERWORLD REMIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| TEARDROP (MAD PROFESSOR MAZARUNI VOCAL MIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| ANGEL (RADIO EDIT) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| ANGEL (MAD PROFESSOR REMIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| INERTIA CREEPS | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| INERTIA CREEPS (RADIO EDIT) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| INERTIA CREEPS (MANIC STREET PREACHERS MIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| INERTIA CREEPS (STATE OF BENGAL MIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |
| INERTIA CREEPS (ALPHA MIX) | Massive Attack more by this artist... | Singles Collection more from this album... | | |



| | | | | |
|---|---|---|---|---|
| REFLECTION | Massive Attack<br>more by this artist... | Singles Collection<br>more from this album... | | |
| ANGEL (BLUR REMIX) | Massive Attack<br>more by this artist... | Angel<br>more from this album... | | |
| GROUP FOUR (MAD PROFESSOR REMIX) | Massive Attack<br>more by this artist... | Angel<br>more from this album... | | |
| EURO ZERO ZERO | Massive Attack<br>more by this artist... | Teardrop<br>more from this album... | | |
| TEARDROP (SCREAM TEAM REMIX) | Massive Attack<br>more by this artist... | Teardrop<br>more from this album... | | |

< PREV    1    2    3    4    5    6    NEXT >

ABOUT GUVERA  |  ADVERTISE  |  PRIVACY  |  TERMS & CONDITIONS  |  FAQ

Your Playlist
This media item has been added to your playlist.

Your playlists are stored in "My Guvera."

CLOSE    VIEW PLAYLISTS

HOME

GUVERA★BETA    REPORT A BUG

USER: GUEST  USER ID: 0    PLAYLISTS    MY GUVERA    SIGN UP    LOGIN

massive attack    ARTIST    

MUSIC

RESULTS 101 to 117 of 117

| | TRACK | ARTIST | ALBUM | PLAYLIST | PREVIEW |
|---|---|---|---|---|---|
| | TEARDROP (MAD PROFESSOR MAZARUNI INSTRUMENTAL) | Massive Attack more by this artist... | Teardrop more from this album... | | |
| | PROTECTION (7" EDIT) (FEAT. TRACEY THORN) | Massive Attack featuring Tracey Thorn more by this artist... | Protection more from this album... | | |
| | PROTECTION (THE ENO MIX) (FEAT. TRACEY THORN) | Massive Attack featuring Tracey Thorn more by this artist... | Protection more from this album... | | |
| | PROTECTION (RADIATION FOR THE NATION MIX) (FEAT. TRACEY THORN) | Massive Attack featuring Tracey Thorn more by this artist... | Protection more from this album... | | |
| | PROTECTION (J SWIFT MIX) (FEAT. TRACEY THORN) | Massive Attack featuring Tracey Thorn more by this artist... | Protection more from this album... | | |
| | SLY (7" EDIT) | Massive Attack more by this artist... | Sly more from this album... | | |
| | SLY (7" STONES MIX) | Massive Attack more by this artist... | Sly more from this album... | | |
| | SLY (UNDERDOG MIX) | Massive Attack more by this artist.. | Sly more from this album... | | |
| | SLY (UNDERDOG DOUBLE BASS & ACCAPELLA) | Massive Attack more by this artist... | Sly more from this album... | | |
| | SPECIAL CASES (RADIO EDIT) | Massive Attack more by this artist... | Special Cases more from this album.. | | |
| | SPECIAL CASES (AKUFEN REMIX) | Massive Attack more by this artist... | Special Cases more from this album... | | |
| | I AGAINST I | Massive Attack And Mos Def more by this artist... | Special Cases more from this album... | | |
| | ONE LOVE | Massive Attack more by this artist... | Blue Lines more from this album... | | |
| | BLUE LINES | Massive Attack more by this artist... | Blue Lines more from this album... | | |
| | BE THANKFUL FOR WHAT YOU'VE GOT | Massive Attack more by this artist... | Blue Lines more from this album... | | |

Case3:10-cv-03569-CRB   Document13   Filed10/05/10   Page33 of 34





**FIVE MAN ARMY**          Massive Attack              Blue Lines
                          more by this artist...       more from this album...



**LATELY**                 Massive Attack              Blue Lines
                          more by this artist...       more from this album...

< PREV    1    2    3    4    5    6

Your Playlist
This media item has been added to your playlist.

Your playlists are stored in "My Guvera."

CLOSE    VIEW PLAYLISTS