IAN K. BOYD (SBN 191434)
iboyd@harveysiskind.com
NAOMI JANE GRAY (SBN 230171)
ngray@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

Attorneys for Plaintiffs
TIM QUIGLEY and QAZ MEDIA LLC


MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail:  kdwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

MANATT, PHELPS & PHILLIPS, LLP
THOMAS C. MORRISON (Admitted *Pro Hac Vice*)
E-mail:  tmorrison@manatt.com
7 Times Square
New York, NY 10036
Telephone:  (212) 790-4500
Facsimile:  (212) 790-4545

Attorneys for Defendants
GUVERA IP PTY LTD., and
GUVERA USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| TIM QUIGLEY, an individual, and QAZ MEDIA, LLC, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GUVERA IP PTY LTD., an Australian proprietary limited company, and GUVERA USA INC., a Delaware company,<br><br>Defendants. | No.  3:10-cv-03569-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed:    August 13, 2010 |

This Stipulation and [Proposed] Order to Continue Case Management Conference and Related Deadlines is entered into by and between Plaintiffs TIM QUIGLEY and QAZ MEDIA, LLC (collectively, "Plaintiffs"), on the one hand, and Defendants GUVERA IP PTY LTD. and GUVERA USA INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record.  By entering into this Stipulation, Defendants are not making a general appearance in this action and, if anything, make a special appearance only.  Plaintiffs and Defendants are collectively referred to herein as the "Parties."

## **RECITALS**

A. WHEREAS, the Court has scheduled a Case Management Conference in this action for December 3, 2010 at 8:30 a.m.;

B. WHEREAS, prior to the Case Management Conference currently scheduled for December 3, 2010, the Parties are required under applicable Federal and Local Rules to exchange initial disclosures, file ADR certifications, file a Case Management Statement, and comply with other guidelines;

C. WHEREAS, Defendants have filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6); or in the Alternative, a Motion to Transfer Case pursuant to 28 U.S.C. Section 1404(a), which is set for hearing on December 17, 2010 at 10:00 a.m.;

D. WHEREAS, Plaintiffs have filed a Motion for Preliminary Injunction, which is also set for hearing on December 17, 2010 at 10:00 a.m.; and

E. WHEREAS, in the interest of judicial economy, and so that the Parties may address the issues presented by the above-referenced motions, including whether personal jurisdiction may be exercised over the Defendants in California and/or whether the Northern District of California is the proper venue for this action, the Parties have agreed to seek a brief continuance of the Case Management Conference and all related deadlines, subject to the Court's calendar and availability.

NOW, WHEREFORE, the Parties agree as follows:

///

**STIPULATION**

1. The Case Management Conference in this action shall be continued from December 3, 2010 at 8:30 a.m., to January 21, <s>2010</s> 2011 at 8:30 a.m., subject to the Court's calendar and availability.

2. All deadlines triggered by the Case Management Conference, including, but not limited to, the deadline to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26 and the deadline to file a Case Management Statement, shall be triggered from the new date of the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: November 12, 2010         HARVEY SISKIND LLP


                                 By: /s/ Naomi Jane Gray
                                     Naomi Jane Gray
                                     *Attorneys for Plaintiffs*
                                     TIM QUIGLEY AND QAZ MEDIA LLC


Dated: November 12, 2010         MANATT, PHELPS & PHILLIPS, LLP


                                 By: /s/ Kevin P. Dwight
                                     Kevin P. Dwight
                                     *Attorneys for Defendants*
                                     GUVERA IP PTY LTD., AND GUVERA USA INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: ___November 16___, 2010

                                                    _____
                                                    Honorable [Charles R. Breyer]
                                                    United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER TO CONTINUE CMC

2