| | |
|---|---|
| 1 | IAN K. BOYD (SBN 191434) |
|   | iboyd@harveysiskind.com |
| 2 | NAOMI JANE GRAY (SBN 230171) |
|   | ngray@harveysiskind.com |
| 3 | HARVEY SISKIND LLP |
|   | Four Embarcadero Center, 39th Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone:  (415) 354-0100 |
| 5 | Facsimile:  (415) 391-7124 |
| 6 | Attorneys for Plaintiffs |
|   | TIM QUIGLEY and QAZ MEDIA LLC |
| 7 | |
| 8 | MANATT, PHELPS & PHILLIPS, LLP |
|   | KEVIN P. DWIGHT (Bar No. CA 239476) |
| 9 | E-mail:  kdwight@manatt.com |
|   | One Embarcadero Center, 30th Floor |
| 10 | San Francisco, CA  94111 |
|   | Telephone:  (415) 291-7400 |
| 11 | Facsimile:  (415) 291-7474 |
| 12 | MANATT, PHELPS & PHILLIPS, LLP |
|   | THOMAS C. MORRISON (Admitted *Pro Hac Vice*) |
| 13 | E-mail:  tmorrison@manatt.com |
|   | 7 Times Square |
| 14 | New York, NY 10036 |
|   | Telephone:  (212) 790-4500 |
| 15 | Facsimile:  (212) 790-4545 |
| 16 | Attorneys for Defendants |
|   | GUVERA IP PTY LTD., and |
| 17 | GUVERA USA INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| TIM QUIGLEY, an individual, and QAZ MEDIA, LLC, a Washington corporation, | No.  3:10-cv-03569-CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| GUVERA IP PTY LTD., an Australian proprietary limited company, and GUVERA USA INC., a Delaware company, | Complaint Filed:    August 13, 2010 |
| Defendants. | |

This Stipulation and [Proposed] Order to Extend Deadlines Related to Defendants' Motion to Dismiss (Dkt. 15) and Plaintiffs' Motion for Preliminary Injunction (Dkt. 18) is entered into by and between Plaintiffs TIM QUIGLEY and QAZ MEDIA, LLC (collectively, "Plaintiffs"), on the one hand, and Defendants GUVERA IP PTY LTD. and GUVERA USA INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record. By entering into this Stipulation, Defendants are not making a general appearance in this action and, if anything, make a special appearance only. Plaintiffs and Defendants are collectively referred to herein as the "Parties."

**RECITALS**

A.    WHEREAS, Defendants have filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6); or in the Alternative, a Motion to Transfer Case pursuant to 28 U.S.C. Section 1404(a), which is set for hearing on December 17, 2010 at 10:00 a.m.;

B.    WHEREAS, Plaintiffs have filed a Motion for Preliminary Injunction (collectively, with the Motion to Dismiss, the "Motions"), which is also set for hearing on December 17, 2010 at 10:00 a.m.; and

C.    WHEREAS, pursuant to the Local Rule 7-3(a), the Parties' respective oppositions to the Motions are currently due on November 29, 2010; and

D.    WHEREAS, pursuant to Local Rule 7-3(c), the Parties' respective replies to the oppositions to the Motions are currently due on December 3, 2010; and

E.    WHEREAS, the Thanksgiving holiday falls this year on Thursday, November 25, 2010; and

F.    WHEREAS, in the interest of providing the Parties sufficient time to address the issues presented in the Motions, the Parties have agreed to seek extensions of one business day for the submission of the opposition and reply papers related to the relevant Motions; and

G.    WHEREAS, the Parties do not seek to postpone the hearing on the Motions currently scheduled for December 17, 2010.

NOW, WHEREFORE, the Parties agree as follows:

**STIPULATION**

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss and Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be due on November 30, 2010;

2. Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss and Plaintiffs' Reply to Defendants' Opposition to the Motion for Preliminary Injunction shall be due on December 6, 2010.

**IT IS SO STIPULATED.**

Dated: November 23, 2010          HARVEY SISKIND LLP


By: /S/
    Naomi Jane Gray
    *Attorneys for Plaintiffs*
    TIM QUIGLEY AND QAZ MEDIA LLC


Dated: November 23, 2010          MANATT, PHELPS & PHILLIPS, LLP


By: /S/
    Kevin P. Dwight
    *Attorneys for Defendants*
    GUVERA IP PTY LTD., AND GUVERA USA INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 29, 2010

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER TO EXTEND BRIEFING DATES

2

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO