1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  NAOMI JANE GRAY (SBN 230171)
   ngray@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 354-0100
5  Facsimile:  (415) 391-7124

6

7  Attorneys for Plaintiffs
   TIM QUIGLEY
8  QAZ MEDIA LLC

9

          **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11             **SAN FRANCISCO DIVISION**

12
   TIM QUIGLEY, an individual, and QAZ          Case No. C 10-3569 CRB
13  MEDIA, LLC, a Washington corporation,
                                                **DECLARATION OF TIM QUIGLEY IN**
14                                              **OPPOSITION TO MOTION TO**
          Plaintiffs,                           **DEFENDANTS GUVERA USA INC. AND**
                                                **GUVERA IP PTY LTD.'S MOTION TO**
15        vs.                                   **DISMISS PURSUANT TO FEDERAL**
                                                **RULES OF CIVIL PROCEDURE 12(B)(2)**
16                                              **AND 12(B)(6); OR IN ALTERNATIVE TO**
   GUVERA IP PTY LTD., an Australian            **TRANSFER VENUE PURSUANT TO 28**
17  proprietary limited company,                **U.S.C. § 1404(a)**
   and
18  GUVERA USA INC., a Delaware company,

19        Defendants.

20

21        I, Tim Quigley, declare:

22        1.      I am a plaintiff in this matter and managing member of Qaz Media, LLC.  I have

23  firsthand personal knowledge of the following facts, and could and would testify competently thereto if

24  called upon to do so.

25        2.      I reside at ███████████████████████, and have done so continuously since

26  January, 2007.  A true and correct copy of a screenshot showing activity over the last 24 months on my

27                                              -1-

28

1  PG&E account, reflecting my energy consumption at my San Mateo home, is annexed hereto as

2  Exhibit A.

3       3.    I do not currently maintain a residence in Seattle, and have not done so since moving to

4  my current address in January, 2007.

5       4.    Since moving to the San Francisco Bay Area, I have been employed as a consultant

6  doing web production for Bay Area companies.  I have worked exclusively with California companies

7  since moving to the Bay Area.  I am currently working for an ad media agency and just completed

8  work on a holiday ad campaign for eBay pursuant to which television commercials and print ads

9  created by the ad agency direct consumers to a website that I participated in creating. The ad media

10  agency and I are currently working on a similar television ad campaign to air during Superbowl with a

11  time-sensitive deadline.

12       5.     I have filed federal and California State tax returns showing a California address since

13  I moved to California in 2007.  By way of example, true and correct copies of my federal and

14  California state tax returns for the tax years 2008 and 2009 are annexed hereto as Exhibits B - E.[1]

15       6.    I have not paid any Washington State taxes since moving to California in 2007, nor

16  have I owed such taxes.

17       7.    Before submitting my current vehicle registration to the state of California, my car was

18  registered in the state of Washington. It was at this time that I also established the personalized license

19  plate spelling "GRUVERA". When I submitted my vehicle registration to the state of California , I did

20  not identify myself as a non-resident of California.

21       8.    Before moving to my current address in San Mateo, I lived in Seattle, Washington.

22       9.    I lived at ███████████████████████, from March, 1997 to

23  September, 2005, when the building was sold.  It was not possible for me to continue living there until

24  August, 2010, as Guvera contends.

25

26  ───────────────

27  [1] I have redacted sensitive financial information from these documents, as I am submitting them for
    purposes of establishing my address only, and the financial information is not relevant to this dispute.

-2-

28  ─────────────────────────────────────────────────────────
    DECLARATION OF TIM QUIGLEY IN OPPOSITION TO              Case No. C 10-3569 CRB
    MOTION TO DISMISS FOR LACK OF JURISDICTION
    OR TO TRANSFER

10.    I lived at ████████████████████████████ from August, 2006 to December, 2006. I moved from that address to my current San Mateo address in January 2007.

11.    In 2003, when I launched OverXposure.FM ("OverXposure"), the predecessor to Groovera®, I was living at ████████████ in Seattle, Washington. In early 2005, before I made the decision to transition the OverXposure brand to Groovera, I applied to register the OVERXPOSURE mark with the U.S. Patent and Trademark Office. Because I was living in Seattle at that time, I provided a Seattle address in connection with the OVERXPOSURE trademark application. Though I was operating OverXposure from my home, I used a Post Office box address on the application because I did not want my residence address disclosed in the public record.

12.    Quigley Interactive is a separate business that I own. Quigley Interactive has no connection to this action.

13.    Current Inc. has no connection to this action. The only connection I have ever had to Current Inc. is that a past girlfriend worked there and as a favor to her and the business owners, I registered their website domain name for them in 2005. I do not know why my name is linked to Current Inc. in Exhibit E to the Morrison Declaration.

14.    I operate Qaz Media and the Groovera® web radio service entirely on my own. Neither I nor Qaz Media has any employees or independent contractors to assist me in operating the service, which streams music continuously 24 hours a day, 7 days a week. Ensuring the smooth operation of the service is a time-consuming and unrelenting task. If this action is transferred to New York, I will be required to travel there for court hearings, depositions, and the eventual trial of the case. This would also jeopardize my employment and my professional reputation as a web consultant. I expect to serve as the primary fact witness on behalf of myself and Qaz Media, testifying about the use of the GROOVERA mark in interstate commerce, its value to the business, and the damages that I and Qaz have suffered by virtue of Defendants' acts of infringement. A lengthy and distracting absence from running Groovera® could significantly damage the service if I am not there to manage any issues or problems that arise.

-3-

15.    I fund the Groovera® service almost entirely out of my own pocket, supplemented only by voluntary donations from listeners.  The added expense of regular trips to New York, plus the necessity of retaining local counsel, would be extremely burdensome to me from a financial standpoint and would jeopardize my employment as a web consultant which is my only source of income.

16.    On Monday, November 29, 2010, Qaz Media submitted an Application to Register a Foreign Limited Liability Company (LLC) to the California Secretary of State.  I expect the registration to issue imminently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Francisco, California on November 30, 2010.


_____/s/_____
                              Tim Quigley


I, Naomi Jane Gray, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that Tim Quigley has concurred in this filing.


_____/s/_____
                        Naomi Jane Gray

DECLARATION OF TIM QUIGLEY IN OPPOSITION TO          Case No. C 10-3569 CRB
MOTION TO DISMISS FOR LACK OF JURISDICTION
OR TO TRANSFER