1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  NAOMI JANE GRAY (SBN 230171)
   ngray@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 354-0100
5  Facsimile:  (415) 391-7124

6  Attorneys for Plaintiffs
   TIM QUIGLEY and QAZ MEDIA LLC
7

8  MANATT, PHELPS & PHILLIPS, LLP
   KEVIN P. DWIGHT (Bar No. CA 239476)
   E-mail:  kdwight@manatt.com
9  One Embarcadero Center, 30th Floor
   San Francisco, CA  94111
10 Telephone:  (415) 291-7400
   Facsimile:  (415) 291-7474
11

12 MANATT, PHELPS & PHILLIPS, LLP
   THOMAS C. MORRISON (Admitted *Pro Hac Vice*)
   E-mail:  tmorrison@manatt.com
13 NIRAV S. SHAH (Admitted *Pro Hac Vice*)
   E-mail:  nshah@manatt.com
14 7 Times Square
   New York, NY 10036
15 Telephone:  (212) 790-4500
   Facsimile:  (212) 790-4545
16

17 Attorneys for Defendant
   GUVERA USA INC.

18                    UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT

20

| | |
|---|---|
| TIM QUIGLEY, an individual, and QAZ MEDIA, LLC, a Washington corporation, | No.  3:10-cv-03569-CRB |
| Plaintiffs, | **STIPULATION TO ENLARGE DEFENDANT'S TIME TO ANSWER** |
| vs. | Complaint Filed:    August 13, 2010 |
| GUVERA USA INC., a Delaware company, | |
| Defendants. | |

27

28

STIPULATION TO ENLARGE TIME TO
ANSWER

1       This Stipulation to Enlarge Defendant's Time to Answer is entered into by and

2   between Plaintiffs TIM QUIGLEY and QAZ MEDIA, LLC (collectively, "Plaintiffs") and

3   Defendant GUVERA USA INC. ("Defendant"), by and through their respective counsel of

4   record.  Plaintiffs and Defendant are collectively referred to herein as the "Parties."

5             **RECITALS**

6       A.    WHEREAS, on December 20, 2010, the Court denied Defendant's Motion

7   to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) as to the

8   Defendant;

9       B.    WHEREAS, pursuant to Fed. R. Civ. P. 12(A)(4)(a), Defendant's Answer

10  to the Complaint in this matter is currently due on January 3, 2010;

11      C.    WHEREAS, pursuant to Local Civil Rule 6-1(a), in the interest of

12  providing the Defendant sufficient time to answer the Complaint and in light of the December

13  holidays, the Parties have agreed to a ten-day enlargement of Defendant's time to answer;

14      D.    WHEREAS, the Parties do not seek to postpone the Status Conference

15  currently scheduled for January 21, 2010.

16      NOW, WHEREFORE, the Parties agree as follows:

17  /

18  /

19  /

20  /

21  /

22  /

23  /

24  /

25  /

26  /

27  /

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
San Francisco

1

STIPULATION TO ENLARGE TIME TO
ANSWER

1          **STIPULATION**

2                  1.      Defendant's Answer shall be due on January 13, 2010.

3          **IT IS SO STIPULATED.**

4
5      Dated:    December 22, 2010          HARVEY SISKIND LLP

6
7                                          By:   /s/ Naomi Jane Gray
                                                 Naomi Jane Gray
                                                 *Attorneys for Plaintiffs*
8                                                TIM QUIGLEY AND QAZ MEDIA LLC

9
10     Dated:    December 22, 2010          MANATT, PHELPS & PHILLIPS, LLP

11
12                                         By:   /s/ Kevin P. Dwight
                                                 Kevin P. Dwight
13                                               *Attorneys for Defendants*
                                                 GUVERA IP PTY LTD., AND GUVERA USA
14                                               INC.

15

16

17                                    So Ordered

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2          STIPULATION TO ENLARGE TIME TO
                                 ANSWER