UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TIM QUIGLEY, et al.,<br>      Plaintiffs, | No. C 10-3569 CRB |
|   v.<br>GUVERA USA, Inc.,<br>      Defendant. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     February 23, 2011<br>Mediator: Beth Parker |

This matter was referred to the court's mediation program pursuant to Judge Breyer's order dated January 25, 2011. Pursuant to ADR L.R. 6-10, all named parties are required to attend a mediation session in person, unless excused by the ADR Magistrate Judge. A corporate entity satisfies this attendance requirement if it is represented at the mediation by a person who has final authority to settle the matter, and who is knowledgeable about the facts of the case.

Before the court is defendant Guvera USA, Inc.'s request that its corporate representative be excused from personal attendance at the February 23, 2011, mediation before Beth Parker. In part, the request cites the fact that the intended corporate representative is based in Australia.

For good cause shown,

IT IS HEREBY ORDERED that the request for defendant Guvera USA, Inc.'s representative to be excused from personal attendance at the mediation before Beth Parker on February 23, 2011, is

////

GRANTED IN PART AND DENIED IN PART as follows:

1) The corporate representative based in Australia shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f), and a high-ranking U.S.-based representative shall attend the mediation in person;

or, alternatively,

2) The corporate representative based in Australia shall appear and be available to participate at all times in the mediation by video conference.

All attendant phone and/or video conference charges shall be borne by defendant and its counsel.

IT IS FURTHER ORDERED that, not later than seven (7) calendar days in advance of the mediation, defendant's counsel shall provide written notice to the mediator and opposing counsel regarding which of these two attendance options Guvera USA, Inc. has elected, as well as the names of the  names of the corporate representative(s) who will attend on its behalf.

IT IS SO ORDERED.

February 9, 2011          By:          _Elizabeth D. Laporte_
Dated                                        Elizabeth D. Laporte
                                             United States Magistrate Judge