1

2   IAN K. BOYD (SBN 191434)
    iboyd@harveysiskind.com
3   NAOMI JANE GRAY (SBN 230171)
    ngray@harveysiskind.com
4   HARVEY SISKIND LLP
5   Four Embarcadero Center, 39th Floor
    San Francisco, CA  94111
6   Telephone:  (415) 354-0100
    Facsimile:  (415) 391-7124
7
8   Attorneys for Plaintiffs
    TIM QUIGLEY
9   QAZ MEDIA LLC

10

11

12

MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
Email:  kdwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

MANATT, PHELPS & PHILLIPS, LLP
THOMAS C. MORRISON (admitted p*ro hac vice*)
Email:  tmorrison@manatt.com
7 Times Square
New York, NY 10036
Telephone:  (212) 790-4500
Facsimile:  (212) 790-4545

Attorneys for Defendant
GUVERA USA, Inc.

13

14              **IN THE UNITED STATES DISTRICT COURT**

15          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17

18   TIM QUIGLEY, an individual, and QAZ          Case No. C 10-3569 CRB
     MEDIA, LLC, a Washington corporation,
19                                                **STIPULATION AND [PROPOSED] ORDER
          Plaintiffs,                             OF DISMISSAL WITHOUT PREJUDICE**
20
21        vs.

22   GUVERA IP PTY LTD., an Australian
     proprietary limited company, and
23   GUVERA USA INC., a Delaware company,

24        Defendant.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE    Case No. C 10-3569 CRB

1    It is hereby stipulated and agreed that, pursuant to the Settlement Agreement dated as of March

2   3, 2011, the Amended Complaint and the Counterclaims thereto will be dismissed without prejudice,

3   said dismissal to be effective for a period of 120 days from the date of this Stipulation.

4
                                        Respectfully submitted,
5

6   Dated:  March 9, 2011                HARVEY SISKIND LLP
                                        IAN K. BOYD
7                                       NAOMI JANE GRAY

8
                                        By:            /s/
9                                           _____
                                              Naomi Jane Gray
10
                                            Attorneys for Plaintiffs
11                                          TIM QUIGLEY and
                                            QAZ MEDIA LLC
12

13  Dated:  March 9, 2011                MANATT, PHELPS & PHILLIPS, LLP
                                        THOMAS C. MORRISON
14                                      KEVIN P. DWIGHT

15

16                                      By:            /s/
                                            _____
17                                            Kevin P. Dwight

18                                          Attorneys for Defendant
                                            GUVERA USA, INC.
19    March 11, 2011

20

21    I, Naomi Jane Gray, am the ECF User whose identification and password are being used to file

22  this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has

23  concurred in this filing.

24                                      By:            /s/
                                            _____
25                                            Naomi Jane Gray

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE      Case No. C 10-3569 CRB