1   IAN K. BOYD (SBN 191434)
    iboyd@harveysiskind.com
2   NAOMI JANE GRAY (SBN 230171)
    ngray@harveysiskind.com
3   HARVEY SISKIND LLP
    Four Embarcadero Center, 39th Floor
4   San Francisco, CA  94111
    Telephone:  (415) 354-0100
5   Facsimile:  (415) 391-7124

6   Attorneys for Plaintiffs
    TIM QUIGLEY and QAZ MEDIA LLC
7

8   MANATT, PHELPS & PHILLIPS, LLP
    KEVIN P. DWIGHT (Bar No. CA 239476)
9   E-mail:  kdwight@manatt.com
    One Embarcadero Center, 30th Floor
10  San Francisco, CA  94111
    Telephone:  (415) 291-7400
11  Facsimile:  (415) 291-7474

12  MANATT, PHELPS & PHILLIPS, LLP
    THOMAS C. MORRISON (Admitted *Pro Hac Vice*)
13  E-mail:  tmorrison@manatt.com
    7 Times Square
14  New York, NY 10036
    Telephone:  (212) 790-4500
15  Facsimile:  (212) 790-4545

16  Attorneys for Defendant
    GUVERA USA INC.
17

18              UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT

| | |
|---|---|
| 20  TIM QUIGLEY, an individual, and QAZ MEDIA, LLC, a Washington corporation, | No.  3:10-cv-03569-CRB |
| 21 | |
| 22        Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 23        vs. | |
| 24  GUVERA IP PTY LTD., an Australian proprietary limited company, and GUVERA USA INC., a Delaware company, | |
| 25 | |
| 26        Defendants. | |

27

28

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs TIM QUIGLEY and QAZ MEDIA, LLC (collectively, "Plaintiffs"), on the one hand, and Defendant GUVERA USA INC., on the other hand, through their undersigned counsel of record, that:

1. On August 13, 2010, Plaintiffs filed a Complaint against Defendants Guvera IP Pty Ltd., Guvera USA, Inc., Guvera Australia Pty. Ltd., and Guvera Ltd.;

2. On October 5, 2010, Plaintiffs filed an Amended Complaint, in which Plaintiffs dismissed Guvera Ltd. and Guvera Australia Pty. Ltd from this action;

3. On December 20, 2010, pursuant to a motion to dismiss, this Court dismissed Guvera IP Pty Ltd. from this action;

4. On January 13, 2011, Guvera USA, Inc. filed an Answer to Plaintiffs' Amended Complaint and a Counterclaim against Plaintiffs;

5. On February 3, 2011, Plaintiffs filed an Answer to the Counterclaim of Guvera USA, Inc.;

6. On March 9, 2011, the parties filed a Stipulation and [Proposed] Order of Dismissal Without Prejudice, which was entered by this Court on March 14, 2011;

7. Pursuant to the Settlement Agreement dated as of March 3, 2011, Plaintiffs hereby dismiss the Amended Complaint <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a);

8. Pursuant to the Settlement Agreement dated as of March 3, 2011, Guvera USA, Inc. hereby dismisses its Counterclaims <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a); and

9. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

**IT IS SO STIPULATED.**

1  Dated: May 26, 2011        HARVEY SISKIND LLP

3                By: /s/ Naomi Jane Gray
                      Naomi Jane Gray
                      *Attorneys for Plaintiffs*
                      TIM QUIGLEY AND QAZ MEDIA LLC

6  Dated: May 26, 2011        MANATT, PHELPS & PHILLIPS, LLP

8                By: /s/ Kevin P. Dwight
                      Kevin P. Dwight
                      *Attorneys for Defendants*
                      GUVERA USA INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____May 27, 2011

_____
R. Breyer
District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

I, Kevin P. Dwight, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiffs has concurred in this filing.

By: _____/s/_____
    Kevin P. Dwight
    *Attorneys for Defendants*
    GUVERA USA INC.

300258511.1